1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7                   DISTRICT OF NEVADA
8                          * * *
9   KENNETH IMHOTEP VAUGHN BEY,          Case No. 2:21-cv-01462-RFB-EJY

10                          Plaintiff,
                                         **ORDER**
11      v.

12  PAUL T. WILLIAMSON, JR. and
    KASSANDRA L. WILLIAMSON,
13
14                          Defendants.

15
16          Before the Court for consideration is the Report and Recommendation [ECF No. 3] of the

17  Honorable Elayna J. Youchah, United States Magistrate Judge, entered August 6, 2021.

18          A district court "may accept, reject, or modify, in whole or in part, the findings or

19  recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific

20  written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. §

21  636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is

22  required to "make a de novo determination of those portions of the report or specified proposed

23  findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local

24  Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct

25  "any review," de novo or otherwise, of the report and recommendations of a magistrate judge.

26  Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due

27  by August 20, 2021.  No objections have been filed. The Court has reviewed the record in this case

28  and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 3] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that this case is dismissed.

The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: October 26, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**